IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

SOUTHWESTERN DIVISION, SPRINGFIELD MISSOURI

PASTOR MARTIN LINDSTEDT, THE CHURCH OF )
JESUS CHRIST CHRISTIAN / ARYAN NATIONS OF )
MISSOURI, et. al., )
    Plaintiff / Petitioner, )
vs. ) Case No. 21-5029-CV-SW-WBG
)
CITY OF GRANBY MISSOURI; EX-MAYOR TRAVIS )
GAMBLE; GRANBY MAYOR IRA HAWKINS )
FORMER & CURRENT GRANBY CITY COUNCIL- );
MEMBERS WILLIAM BARRETT; JOYCE MANN; )
TIM MURPHY; ASHLEY EDGEMON, JOANN LAMP, )
CHARLIE BROWN, REGGIE BARD, FORMER )
CITY ATTORNEY JARED THOMAS, CITY CLERK )
LAWNA PRICE, DAVID PRICE, EX-CITY )
COLLECTOR CARRA JO COFFER, MUNICIPAL )
JUDGE STEVEN WHITE, GRANBY PUBLIC WORKS )
DIRECTOR JIM CHANNEL, GRANBY POLICE CHIEF)
JACOB KELLEY, JUDGE KEVIN LEE SELBY, JUDGE )
GREG STREMEL, JUDGE CHARLES CURLESS, )
GRANBY ATTORNEY BRIAN TODD GOLDSTEIN )
Of CUMMINGS, McCLOREY, DAVIS, ACHO & )
ASSOCIATES, BRYAN REO, BARRY FLINT, JOHN )
& PAT STYRON & THEIR COMPANY(S), CHAD )
HEYWORTH & NEWTON COUNTY NEWS, SUE )
BASCOMB, ALLIEGER-MARTIN, EUGENE SPEARS )
NEWTON COUNTY MISSOURI, NEWTON COUNTY )
COMMISSION & SHERIFF'S DEPARTMENT, THE )
STATE OF MISSOURI, MISSOURI SECRETARY OF )
STATE JAY ASHCROFT, MISSOURI EX-ATTORNEY)
GENERAL JOSH HAWLEY, ATTORNEY GENERAL ) Jury Trial Requested
ERIC SCHMIDT, & THE U.S. GOVERNMENT, et. al., )
    Defendant(s) )

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. _____ Yes

1

## THE PARTIES TO THIS COMPLAINT

### A. The Plaintiff(s)

Pastor Martin Lindstedt & His Church of Jesus Christ Christian / Aryan Nations of Missouri, 338 Rabbit Track Road, Granby Missouri 64844

(417) 472-6901, pastorlindstedt@gmail.com

### B. The Defendant(s)

**City of Granby Missouri,** Granby City Hall, 302 North Main St., Granby Missouri 64844 Tel # 417-472-6556.

**City of Granby Official & Employee Defendants:** EX-MAYOR TRAVIS GAMBLE; GRANBY MAYOR IRA HAWKINS, CURRENT CITY COUNCIL-MEMBERS JOYCE MANN, JOANN LAMP, CHARLIE BROWN, Former Council-Members TIM MURPHY; ASHLEY EDGEMON, REGGIE BARD, WILLIAM BARRETT; CITY CLERK LAWNA PRICE, her husband David Price (who usurped City positions of power), GRANBY PUBLIC WORKS DIRECTOR JIM CHANNEL, GRANBY POLICE CHIEF JACOB KELLEY, MUNICIPAL JUDGE STEVEN WHITE, Former Granby Police Department Officers Christiana Poitras/Jacobs, and three or four other former Granby Police Department Officers, Ex-City Collector CARRA JO COFFER, either still work at Granby City Hall, address above, or last known address is Granby City Hall, 302 N. Main, Granby Missouri 64844. Tel # 417-472-6556
, **Ex-Granby City Attorney Jared Thomas**, 321 E. Main St. Neosho, Missouri 64850

**Granby City Attorney Brian Todd Goldstein, Mo Bar # 50191,** Cummings, McClorey, Davis, Accho & Associates, P.C. 9140 Ward Parkway, Suite 225, Kansas City, Missouri 64114.

**Attorney Bryan Reo (Ohio Bar # 0097470),** 7143 Rippling Brook Lane, P.O. Box 5100, Mentor Ohio 44061, Tel # (440) 313-5893, reo@reolaw.org

**Barry Flint**, 425 W. Neosho St. Granby Mo 64844

**John & Pat Styron & Styron Enterprises**. 197 Little Mill Road, Granby Mo 64844 Tel # 417-472-3214

**Allieger-Martin, Inc.** 7231 E. 24th St. Joplin Missouri 64804 Tel # 417-680-7200. **Eugene Spears** is a retired employee. **Sue Bascomb** drafted up the grant application.

**Chad Heyworth & Newton County News**, 200 S. Jefferson, Neosho Mo. 64850

**Newton County Missouri Defendants: Newton County Commissioners, Newton County Sheriff's Department, Sheriff Chris Jennings, Newton County Assessor & Tax Collector:** Newton County Courthouse, 101 S. Wood St. Neosho Mo. 64850
**Judges Kevin Lee Selby, Greg Stremel & Charles Curless** 40th Circuit Court, 123 E. Main St. Neosho, Missouri 64850 Tel # 417-451-8282
**State of Missouri & State of Missouri Defendants: Missouri Secretary of State Jay Ashcroft. Ex-Missouri Attorney General Josh Hawley, Current Attorney General Eric Schmitt.** To Serve: Eric Schmitt, Missouri Attorney General, Supreme Court Building, 207 W. High, P.O. Box 899, Jefferson City Mo 65102 Tel # 573-751-3321
**U.S. Government** – Not sure who to have served.

**II. Basis for Jurisdiction**

__X__ Federal Question. City of Granby, Granby Defendants both Granby City Officials and Employees, and Newton County Defendants and State of Missouri Defendants and all other defendants have violated Pastor Lindstedt and his Aryan Nations Church's civil rights under 42 U.S.C. 1983 & 1985 by continually arresting Pastor Lindstedt or threatening to do so under color of law that the Granby City Council and Granby City Police and Employees make up and enforce only against Pastor Lindstedt or willful destruction of Pastor Lindstedt's and Lindstedt's Church's property under color of law without due process or even any lawful process. Deliberate refusal to allow Pastor Lindstedt to take his elected South Ward City Council seat. Deliberate refusal to obey the Missouri Open Meetings "Sunshine" act. Ginning up "Domestic Abuse Protection Orders" in order to stifle dissent even though Granby City Clerk and the former City Collector are not domestic partners or victims of sexual abuse by Pastor Lindstedt. Usurping jurisdiction by Judges Greg Stremel, Kevin Selby and Charles Curless on these "domestic abuse protection orders" sans any legitimate jurisdiction. The Missouri Attorney General's Office under Josh Hawley and then Eric Schmitt refused to make the City of Granby, Granby officers and employees obey the Missouri Sunshine Acts, in fact plotted to restrain Pastor Lindstedt from further filing suit. Attorney Bryan Reo of Mentor Ohio, a longtime adversary of Pastor Lindstedt and Lindstedt's Aryan Nations Church as

3

a homosexual mongrel federal and state agent provocateur / state-sponsored terrorist bought a fraudulent $4000 "judgment" expressly disallowed by Missouri Sunshine Act statute from City of Granby officials.

In short, over the years the persons living in Granby have plotted to make laws and ordinances which they enforce selectively in order to benefit their friends and family and in order to accomplish their looting of the public purse or simply disallow regular citizens being able to enjoy their own property in peace have established a corrupt Granby Police Department to enable that looting and selling needless stormwater sewer projects while the regular water and sewer infrastructure decays and the Citizens of Granby are saddled with debt for decades. Since Pastor Lindstedt protests the most over this corruption Pastor Lindstedt keeps on getting arrested and having his and his Church's property destroyed by the City of Granby enforced by their corrupt police department with the aid and assistance of the Newton County and Missouri authorities.

Furthermore, Pastor Lindstedt ran for South Ward City Council while the City Council got an incumbent City Councilman who never intended to serve to run against him so that they could appoint a corrupt lackey of their own this past year and having gotten away with this have done so so with other positions the past year as well to where only one out of four city council seats are held by someone who got even one vote for office. Thus there are election laws violated by City of Granby Defendants as well.

__X_ Suit against the Federal Government for their failure to ensure that the City of Granby, Newton County Missouri and the State of Missouri maintain "a republican form of government" cf. the U.S. Constitution.

### III Statement of Claim

1. Pastor Lindstedt moved from the farm to be with his girlfriend Roxie Fausnaught who was getting a widow's VA pension and bought a very old decrepit house with about a half-acre of land atop an old mining hill at 338 Rabbit Track Road in Granby Missouri for $3000, which was a bargain even in 1987. The reason was that Granby was known as a

4

shithole and the friend who sold it to him didn't want to live in Granby any more. It cost another $2000 to fix it up to be livable as a tiny two-bedroom one-bath hovel.

2. Barry Flint was mayor then and he brought a sewer into Granby which was the largest town in Missouri without a sewer system. The sewer was paid with 95% state and federal financing using a process of ultra-violet lighting which isn't used any more. Even so, bonds were sold and sewer rates were imposed and the town didn't stink of sewage after a rain when the sewage was flushed out of the mineshafts from the lead mining days from 1850 to 1960, when the houses were on land owned by the lead mining companies and sold off once these companies pulled out. The end result is that Granby has always been a poor working-class town in which once the lead mining ended and the high school was consolidated outside town Granby became nothing more than a poor bedroom town in which the jobs were at the Newton County seat in Neosho, Monett, Carthage, and Joplin but since the housing was old and substandard it was cheap. The gifted moved to Joplin or Springfield, the old and poor and drug-addled and child molesters found that Granby was the dumping ground for Southwestern Missouri and with only a town marshal and night watchman and as the old establishment died off Granby further declined. However, Granby while Granby was poor, what with the cheap land a young couple could buy a $2000 used single-wide trailer, move it in for $500 and have a place to raise a young family for $2500 if they could not find a shack cheaply like Pastor Lindstedt.

3. Barry Flint decided to live off of Granby. He decided to open up a trailer park but couldn't get $300 to $400 per month rent like in Neosho or Carthage where the jobs were if young working people could buy a single-wide and put it on their own land for $3000 and have it paid off. So as mayor he got with his fellow Granby city councilmen – all of whom then wanted to live off of what they thought as their company town – to pass municipal ordinances forbidding the placement of any single-wides or used double-wides so that with the restrained trade the poor would have to rent from Barry and his Granby City Council friends. However, the elected town marshal wouldn't enforce Barry's new rules upon the working poor or anyone and the Newton County Sheriff who had his own corrupt schemes wanted no part of that. So the office of an elected beloved town marshal had to be done away with and a corrupt Granby Police Force beholden to Barry set up.

4. Barry Flint finally got the town marshal to retire in 1993, the Granby voters by three votes did away with the office of elected town marshal and a corrupt Granby Police Department established with Barry Flint set up as head of the Police Board. This Granby Police Department immediately attracted all the dregs of the police profession where these ill-paid policemen immediately got involved in drugs, prostitution, and speed traps.

5. Meanwhile, the old people amongst whom Pastor Lindstedt moved into started dying off and so Pastor Lindstedt bought the adjoining falling-in properties very cheaply because their children and grandchildren did NOT want to live in real old tiny decayed houses, and Pastor Lindstedt gave these buildings and lots away during the 1990s to his niece and nephew to have a buffer zone in town like out at the farm.

6. The Granby City Council members – known since the 1980s as a pack of thieves and grafters – would make sure to appoint corrupt walk-ins to their Granby City Council and Police Department. Soon Pastor Lindstedt was in open conflict with them arising from ridiculing them and their animal police department and in the 1990s filed three federal lawsuits arising from a traffic ticket and fistfights in the Granby City Council when attacked by council-criminals. In 1997 Pastor Lindstedt was arrested and beaten while handcuffed at the order of Craig Hopper then mayor and the Granby Police Board thought it was funny until the Mexican police chief started beating up their relatives. Then the Mexican police chief illegally wire-tapped the Police Board, got caught and fired and pled guilty to felonies. Likewise another Granby Police Department officer used to pull over 16 year old girls and demand sex from them – statutory rape – and all was fine until the police officer raped the step-daughter of a council member and only them was he fired, and the grand jury indictment was leaked so that these Granby police officers fled the venue. There are other instances not mentioned here to where Granby is noted for its corruption and is the dumping ground of Newton County.

7. Of course these municipal ordinances are not obeyed by those who wrote them. JoAnn Lamp, Roxie Fausnaught's (Pastor Lindstedt's woman) brother Clinton Lamp's wife JoAnn Lamp was for years the Granby City Clerk. In 2005 she decided to allow her favorite niece Sherry Lamp to put in a new double-wide next to the place across the street bought from Pastor Lindstedt's brother and all was fine until Sherry Lamp bullied her

third or fourth husband into tearing down Pastor Lindstedt's old chickenhouse and storm shelter on the property line. When told that if she tore down the chickenhouse then myself and Roxie who owned or controlled the properties would not allow the trailer house to be placed, and when Pastor Lindstedt protested this placement according to law both City Mayor Rick McCully refused to obey their own law and had Pastor Lindstedt arrested for doing so in April 2005 and the double-wide put in anyways without removal by law.

8. Nor are the election niceities ever obeyed. In 2003 Pastor Lindstedt ran for municipal judge against Steve White and came in a distant second. But Steve White as an Army reservist was called away to Iraq and according to Missouri law that meant that Pastor Lindstedt as runner-up was supposed to be installed, which meant that the cash register municipal court would be shut down as a revenue source. Instead, Missouri law was disobeyed although Pastor Lindstedt did complain about it to the FBI and the newspapers.

9. The standard corruption in which the Granby City Hall and Granby Police oppress and rob the poor while lining their own pockets continued as usual until 2013 when Police Chief Jacob Kelley arrived, who at least put a superficial veneer upon it. However, with the election of Travis Rampage (T-Rampage) Gamble the corruption train hit high gear. T-Rampage immediately set about destroying the elected office of City Collector who acted as a check on the corruption, claimed that Granby would get a "new" Police Station while secretly planning to buy the Styron's old store for three times the price, allowed Joyce Mann to put in a used double-wide for her daughter and family, took over the Granby Cemetery Trust Fund, but more importantly refused to hold open meetings and passed Municipal Ordinance #815 aimed at jailing Pastor Lindstedt or threatening him with jailing for making fun of T-Rampage and the City Council-Criminals. Pastor Lindstedt was jailed on June 20, 2017 for asking why make new ordinances regarding small homes when they wouldn't obey their own laws regarding the placement of mobile homes when inconvenient. Then on 23 Jan. 2018 Pastor Lindstedt was arrested for protesting the purchase of the Styron Eyesore as the "new" police station under color of Ordinance #815. Pastor Lindstedt was eventually tried before Judge Charles Curless in a farcical 2 1/2 hour trial and found guilty and sentenced to jail time and fined the maximum amount in which all the Council-Criminals were subpoenaed and few of them

showed up to defend their law. The next day Pastor Lindstedt paid $30 each for a trial de novo before a real judge and jury and the cases languish to this day.

10. The Granby City Council decided to take a different tack after 27 January 2018 in which Pastor Lindstedt was assaulted by their pet presstitute Chad Heyworth of the Newton County News and threatened with arrest if Pastor Lindstedt signed a complaint by Granby Police Chief Kelley. What was decided was to file a fraudulent "domestic stalking charges" by Granby City Clerk Lawna Price and City Collector Carra Jo Coffer even though "domestic abuse" was inappoite given that Pastor Lindstedt has no domestic relations with either of those two city employees. These two perjured themselves and Judges Kevin Lee Selby and Judge Gregory Stremel usurped jurisdiction. In any case, Pastor Lindstedt was forbidden from entering city hall as a building although Pastor Lindstedt's residence was right next to the feed store owned by Lawna and David Price unless at certain hours and within 500 feet of City Hall even when neither of the two were present. As a result the Granby City Council could post public notices without Pastor Lindstedt knowing of these meetings like at the storm water sewer scam of Allieger Martin, Gene Spears, Sue Bascomb, etc. This fraudulent "domestic protection order" was cited by Granby City Attorney Jared Thomas and Granby City Attorney Brian T. Goldstein and enforced by the Missouri Attorney General's office under Josh Hawley & Eric Schmitt in cases before Judge Charles Curless. So much for the Missouri Sunshine Law which in effect is a farce. In fact, Curless unlawfully imposed a $4000 lawyer fees as sanctions at the suggestion of Attorney Goldstein which was later sold to Bryan Reo.

11. On Columbus Day Oct. 14, 2019 Pastor Lindstedt found out from Bryan Reo, then Ashley Edgemon that Mayor Ira Hawkins had sold the bogus $4000 judgment for $1000 to Attorney Bryan Reo for $1000. The next day around noon the Granby City Council without any semblance of lawful process started bulldozing Pastor Lindstedt's and Roxie's and the niece and nephews and brothers and deceased mothers' properties around 338 Rabbit Track Road, the grass and the small trees and were going to go after the houses. Pastor Lindstedt seriously thought of gunning down these criminals starting with Granby Police Chief Kelley, Jim Channel (who got a kickback from the bulldozer operator), Ashley Edgemon who gloated over it, and shooting Floyd Lamp who chased

after Pastor Lindstedt with a chainsaw and Pastor Lindstedt's brother's baby-momma known as "The Hippo". Just a gut shot and a kneecapping for them though as they are sort of fambly. But Pastor Lindstedt decided to hold off until he could transfer his SD ranch property to his Sister who knew nothing of these matters. Pastor Lindstedt hasn't considered shooting any of these regime criminals since Feb, 2020 due to the impending Collapse of ZOG but rather bulldozing their homes, churches, and city buildings instead.

12. Pastor Lindstedt ran against Ashley Edgemon who was the baal-priest incumbent next door who had no intention of staying to serve his term since he filed 11 minutes before filing season ended in 2020. Pastor Lindstedt still got 20 % of the vote and so it was arranged that Ashley would take his seat, then resign and someone to the Granby City Council favors would be appointed forthwith – which happened. Since then there have been resignations to where JoAnn Lamp is the only city council member who ever got a single vote in an election. Pastor Lindstedt is suing Newton County, the State of Missouri and the Federal Government for failure to maintain a republican form of government as the City of Granby maintains a revolving oligarchic kleptocracy wherein they steal and r.u.n.n.t.-o.f.f.t. to places unknown to not pay the tax debt burden for their graft.

13. At the tax levy meetings held in August, Pastor Lindstedt has been threatened with arrest for speaking out against the Granby City Council in 2018 and 2020. Jim Channel has been summoned to assault Pastor Lindstedt if the Granby police woman is small like Christina Poitras/Jacobs. Pastor Lindstedt's city property taxes which Pastor Lindstedt asked be removed from the TIF to the school district were not done so and even the old properties removed back from the TIF years ago were resent back to the TIF to function as a slush fund as opposed to going to the school district. Pastor Lindstedt wants his and his Church properties to be removed from City of Granby property taxation and to be de-annexed, along with any of the twenty percent who voted for himself for city councilman.

14. At the open public meeting held in 2020 after the June 2020 municipal elections regarding the Alleger-Martin stormwater sewer bond issue, Pastor Lindstedt was threatened with arrest for asking questions as to the legality at the instigation of Eugene Spears who got a no-bid contract and Sue Bascomb who gets $40,000 for writing the grant application. Allieger-Martin's share of this contract is $830,000 and Ashley

Edgemon was on their payroll as a surveyor and a councilman. Because now Granby is in debt for $3.2 million for the next 35 years this means that the Granby water lines and sewer lines are leaching sewage into the aquifer and that there will be no money available to fix the current water and sewer lines.

15. Mayor Ira Hawkins and the rest of the appointed city council are presently spending taxpayer dollars against a woman businessman who dared to run against them from the North Ward to tear down her historic buildings. In short, if anyone dares to run against their thievery as usual city funds are spent to destroy your property under color of law.

16. In short, Pastor Lindstedt says that Granby is run like a third-world oligarchic kleptocracy in which the city debt is run up in order to facilitate graft and kickbacks with the Granby City Hall and Granby Police Department run as a racketeering operation and protection racket against a native third-world population with the indulgence – indeed collusion -- of the Newton County and State of Missouri governments. Pastor Lindstedt being in a big hurry to file this civil complaint in forma pauperis will if this court allows this matter to proceed amplify and extend his civil complaint as necessary.

## IV. Relief

Pastor Lindstedt claims damages of say $6 million in actual and punitive damages. Actually Pastor Lindstedt has been arrested around 10 times or more the past five years since 17 June 2017 by Granby Police Department under the past and present Mayors of Granby for no legitimate reason or for allegedly violating their fraudulent "domestic protection orders" against the City Clerk Lawna Price and her husband David Price for going into City Hall to find out what crooked stuff they were up to and then tried for unconstitutional reasons simply because of ridiculing them for their stupidity and crookedness and been threatened with false arrest and imprisonment literally hundreds of times in which it was best to simply leave because Pastor Lindstedt had to take care of his bed-bound domestic partner Roxie Fausnaught since 2013 until she died 4 Aug. 2020.

Pastor Lindstedt has no intention of costing the People of Granby anything but rather to make these thieves on the Granby City Council and City Clerk's Office pay for their thievery and corruption and restraint of trade and Disband the animal Granby Police

10

Department and let law enforcement go back to Newton County, disband the cash-register Granby Municipal Court which oppresses the poor, and allows connected insiders like Barry Flint and the Styrons rob the citizenry blind while the Granby sewer and water infrastructure decays and is on the verge of collapse to where there is a public health risk.The State of Missouri needs to step in, fine and imprison the City Council thieves, sell the water, gas and sewer infrastructure to a for profit company, pull the home rule charter, eliminate the Granby Police Department and Granby Municipal Court, and allow for open free fair elections under the strict scrutiny of Newton County, State of Missouri and the federal government ensuring a "republican form of government" i.e. an end to appointing cronies of the same old thieves and criminals and them not being able to punish dissent and criticism and ridicule.

Pastor Lindstedt also wants to remove/de-annex his and his Church's properties from outside the Granby City jurisdiction and off the Granby City property tax rolls. Pastor Lindstedt also wants to extend to the 20% of the population which votes for himself to have the option of decoupling themselves from the degenerate 80 % of the population which votes to be screwed by the corrupt Granby City Council through secession.

Just last week at the Granby City Council Meeting of 23 March 2021 when Pastor Lindstedt made fun of fake-South Ward City Councilman Charlie Brown appointed to Pastor Lindstedt's council seat after missing three city council meetings in a row, and for Barry Flint asking for a resolution to where the new proposed trailer-park municipal ordinances wouldn't apply to him or his trailer park, Granby Police Chief Jacob Kelley threatened to arrest Pastor Lindstedt for a "political disruption" for speaking into his video camera. Granby is nothing more than a corrupt inbred police state which makes a mockery of this corrupt system in which thieves and criminals steal tax money in order to feather the nests of their friends and family like other third-world places.

Thus these wrongs continue to occur to Pastor Lindstedt and others. That actual damages through bulldozing Pastor Lindstedt's and Lindstedt's Church and niece and nephews' property has occurred and those responsible – not the People of Granby albeit they are somewhat to blame for the Granby City thieves and criminals having the power to run wild – be punished by making it expensive to be thieves off the public expense.

11
Case 3:21-cv-05029-WBG   Document 1-2   Filed 03/30/21   Page 11 of 12

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay or needlessly increase the cost of litigation; (2) and is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

30 March 2021 Drafted and Signed

Hail Victory!!!

_/s/_ _____ Pastor CJCC/ANR
30 March 2021

Pastor Martin Lindstedt
First Servant, Church of Jesus Christ Christian/Aryan Nations of Missouri,
338 Rabbit Track Road, Granby Missouri 64844,
417-472-6901, pastorlindstedt@gmail.com